DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REVEALING TRUTH MINISTRIES OF SOUTH FLORIDA, INC.,**
Appellant,

v.

**CITY OF LAUDERDALE LAKES** and **4301 NW LENDER LLC,**
Appellees.

No. 4D2025-1529

[January 8, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel A. Casey, Judge; L.T. Case No. CACE-23-019834.

Scott A. Weires of Murdoch Weires PLLC, Boca Raton, for appellant.

Sidney C. Calloway, Vincent F. Alexander, Amy M. Wessel Jones, and Janeil A. Morgan of Shutts & Bowen LLP, Fort Lauderdale, for appellee City of Lauderdale Lakes.

Jonathan K. Winer of Jonathan K. Winer, P.A., North Miami Beach, for appellee 4301 NW Lender LLC.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***